IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: CONSTANTINOS NIKOLOS ) <br> SOPHIE NIKOLOS ) <br> **Debtor(s)** ) <br> ) <br> HYUNDAI CAPITAL AMERICA ) <br> d/b/a KIA MOTORS FINANCE ) <br> **Moving Party** ) <br> ) <br> v. ) <br> ) <br> CONSTANTINOS NIKOLOS ) <br> SOPHIE NIKOLOS ) <br> **Respondent(s)** ) <br> ) <br> SCOTT F. WATERMAN ) <br> **Trustee** ) | CHAPTER 13 <br><br> Case No.: 24-11122 (AMC) |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Kia Motors Finance and the Debtors in settlement of the Objection To Confirmation, and filed on or about November 18, 2024 in the above matter is APPROVED.

Dated: Nov. 22, 2024

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE